IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | CASE NO. 5:13-cv-461 |
| | : | |
| v. | : | |
| | : | |
| **$439,073.59 IN UNITED STATES FUNDS,** | : | |
| | : | |
| Defendant Property. | : | |
| | : | |

## VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure:

### *Nature of the Action*

1. This is a civil action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6), to forfeit and condemn to the use and benefit of the United States of America certain personal property, to wit: $439,073.59 in United States funds, (hereinafter "Defendant Property").

### *The Defendant in Rem*

2. The Defendant Property consists of $439,073.59 in United States funds, seized from the residence maintained by Adrian Savalas Gray, on July 26, 2013, located at 717 U.S. Highway 80, Culloden, Monroe County, Georgia. The Defendant

Property is presently in the custody of the United States Marshals Service and has been deposited into the Seized Asset Deposit Fund Account.

### Jurisdiction and Venue

3. Plaintiff brings this action *in rem* in its own right to forfeit the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this District pursuant to 28 U.S.C. § 1395, because the Defendant Property was seized in Monroe County, Georgia, which is a place within the Middle District of Georgia.

6. The seizure of the Defendant Property was adopted by the United States Department of Justice, Drug Enforcement Administration ("DEA"), which began administrative forfeiture proceedings. On or about September 30, 2013, Adrian Savalas Gray, through his attorney, Scott Chandler Huggins, Esquire, 3865 Magnolia Walk Trail, Cumming, Georgia, 30040, filed a claim with the DEA, after which the DEA referred the matter to the United States Attorney for the Middle District of Georgia.

### Basis For Forfeiture

7. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money furnished or intended to be furnished in

exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act; 2) proceeds traceable to such an exchange; and/or 3) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

### *Factual Allegations*

8.  In October of 2010, the Upson County Narcotics Task Force ("UCNTF") received information that Adrian Gray was in the possession of and selling cocaine from 717 Highway 80, Culloden, Upson County, Georgia. Upon receiving the information, agents began an investigation into the allegation.

9.  As part of that investigation, an inquiry was made to the Upson Electric Membership Corporation, which revealed that the utilities for the residence located at 717 Highway 80, Culloden, Georgia, were currently in the name of Adrian Gray.

10. An inquiry made through the Upson County Georgia Tax Assessors Office revealed that the residence was listed in the names of Terry R. Gray and Barbara Gray.

11. Based on the information revealed during the investigation, a State Search Warrant was obtained for the residence on July 23, 2013.

12. Agents of the Upson County Narcotics Task Force executed the state Seizure Warrant on July 26, 2013, with the assistance of DEA Special Agents, and law enforcement officers with the Taylor County and Spalding County Sheriff's Offices.

13. During the execution of the state Search Warrant at the residence, the agents and law enforcement officers found, *inter alia*, approximately 5.8 ounces of a substance appearing to be cocaine, packing material, digital scales, United States currency inside a hall closet, and United States currency inside a Coors Light coin bank located inside a bedroom.

14. Directly behind the residence, agents and law enforcement officers located a white enclosed trailer. Agent Jeremy Blount of the UCNTF, utilized a dog, trained to detect the odor of certain controlled substances, ("K-9") to conduct a free air sweep of the trailer, and the K-9 gave a positive alert to an odor of narcotics on the trailer near the left side of the back door.

15. Upon entering the trailer, Agent Blount utilized the K-9 to conduct a free air sweep of the inside of the trailer. The K-9 gave a positive alert to an odor of narcotics near a Toro push lawn mower and grass catcher bag, which led to the discovery of a substantial amount of United States currency inside the bag.

16. A Toyota Camry parked at the residence was also searched, and a substantial amount of United States currency was found inside the trunk of the vehicle. The registered owner of the vehicle was later identified as Michael Gray, who was not present during the execution of the state Search Warrant.

17. Adrian Gray was not present at the time the state Search Warrant was executed, but was later arrested and charged with Use of Communication Facility in Commission of a Felony and Conspiracy to Commit a Felony Trafficking Cocaine by the Taylor County Sheriff's Office, and Trafficking Cocaine, Possession of a Schedule III Narcotic, and two counts of Possession of Marijuana (less than one ounce) by the Upson County Sheriff's Office.

18. A criminal history records check revealed that Adrian Gray has had prior arrests for narcotics violations.

19. An inquiry made with the Department of Labor revealed that Adrian Gray has no employment record in the States of Georgia and that Gray is not currently employed.

20. The Defendant Property was seized for a total amount of $439,073.59 in United States funds, and consists of the currency found in the hall closet of the residence, inside the Coors Light coin bank located in a bedroom, inside the grass catcher bag of the Toro lawn mower that was located inside the trailer, and the currency located inside the trunk of the Toyota Camry parked at the residence.

### *Conclusion*

21. Based on the foregoing, probable cause exists to believe that the Defendant Property constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, punishable by more than one year's imprisonment, constitutes proceeds traceable to such an exchange, and/or constitutes money used or intended to be used to facilitate a violation of the Controlled Substances Act, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that process of warrant issue for the arrest of the Defendant Property; that due notice be given to all parties to appear and show cause why forfeiture should not be decreed; that judgment be entered declaring the Defendant Property forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED, December 20, 2013.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY


    By:   s/ DANIAL E. BENNETT
        ASSISTANT UNITED STATES ATTORNEY
        GEORGIA STATE BAR NO.  052683
        UNITED STATES ATTORNEY'S OFFICE
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2712